James Panion and Ginger Panion, Plaintiffs-Appellants, v. Checker Taxi Company, Defendant-Appellee.
James Panion and Ginger Panion, Plaintiffs-Appellants, v. Checker Taxi Company, Defendant-Appellee.
Michael Slowick, Plaintiff-Appellant, v. Yellow Cab Company, Defendant-Appellee.
Michael Slowick, Plaintiff-Appellant, v. Yellow Cab Company, Defendant-Appellee.

Gen. Nos. 49,306, 49,307, 49,308, 49,309.

First District, Second Division.

December 1, 1964.

Frank J. Mackey, Jr., of Chicago, for appellants; Jesmer & Harris, of Chicago (Julius Jesmer and Gerald M. Chapman, of counsel), for appellees. Opinion by JUSTICE BRYANT. **Not to be published in full.**